# FORM FOR USE IN APPLICATIONS
# FOR HABEAS CORPUS UNDER 28 U.S.C. † 2254

2:06CV510-WHA

RECEIVED
2006 JUN -8 A 9:12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name: Anthony Carey

Prison Number: AIS # 152763

Place of Confinement: Draper Correction Center

United States District Court _____ District of _____

Case No. _____
(To be supplied by Clerk of U. S. District Court)

Anthony Carey, PETITIONER
(Full Name) (Include name under which you were convicted)

(Warden) Jame DeLoach, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF Alabama

Hon. Troy King, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is</u>:

P.O. Box 711<br>Montgomery, Alabama 36101

---

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack <u>Circuit Court Elmore County</u>

2. Date of judgment of conviction <u>November 10, 2005</u>

3. Length of sentence <u>Dimissed</u> Sentencing Judge <u>Sibley G. Reynolds</u>

4. Nature of offense or offenses for which you were convicted: First Charge Possision OF Contraband, First Charge Behavior Citation, Then (2) disciplinary. The Arresting Officer Stated that he received a phone call, someone reported me talk to some people in a car on side of the road. This was the second Charge, the third charge possision of Contraband A Phone card

5. What was your plea? (check one)
   (a) Not guilty (✓)
   (b) Guilty ( )
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial:  (Check one)
   (a) Jury ( )
   (b) Judge only (✓)

7. Did you testify at the trial?  Yes (✓)  No ( )

8. Did you appeal from the judgment of conviction?  Yes (✓)  No ( )

9. If you did appeal, answer the following:
   (a) Name of court Criminal Appeals
   (b) Result Motion Habeas Corpus (Denied)
   (c) Date of result Febuary 17, 2006. On March 17, I Filed motion Rehearing
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: On March 27, 2006. I First File a motion For extension of time, in order to have the time to prepare For my Writ Certiorari: Because I had a heavy work load. I work From 6:00 A.m - 4:00 P.m Mon-Firday; Inmate Allow (2) hour a day use of the law library one (1) hour on the typewriter, I (3) motion For extension For time

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?  Yes (✓)  No ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court Circuit Court Elmore County
        (2) Nature of proceeding This is a appeal of a denial of a petition For Writ of Habeas Corpus File Motion Opposition to dismiss
        (3) Grounds raised Whether the Circuit Court erred denying petitioner's petition? 11-8-05 Motion For Appoint Cousel 11-8- Motion For Extension of Time 11-13-05 petition Affidavit. Requesting For the Supoena order that Should have been transFer, 11-13- opposition to motion to Dismiss.
        (4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes (✓)  No ( )
        (5) Result The petitioner First File his Habeus Carpus in Hale County
        (6) Date of result 9/19/05 The State said that it was out of Jurisdiction

(b) As to any second petition, application or motion give the same information:
   (1) Name of court Criminal Appeal
   (2) Nature of proceeding The hearing was at the State Cattle Ranch (in Hale County) That's why petitioner File writ of habeas corpus
   (3) Grounds raised Whether petitioner/Appellant punishment amounted to a liberty interest. Whether the Circuit Court erred denying petition without addressing the merits of appellant's allegation: The petitioner co-worker was charge with the same thing: possision of Contraband $4.00 Cash money, The only thing received was a behavior Citation: Inmate Kennedy Smith
   (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No (✓) Judge Ruled Dismissed
   (5) Result Memorandum
   (6) Date of result February 17, 2006
(c) As to any third petition, application or motion, give the same information:
   (1) Name of Court Supreme Court of Alabama
   (2) Nature of proceeding Petitioner was charge three (3) time For the same allege violation "Possion of Contraband
   (3) Grounds raised Due process: The arresting officer made several misstate, First of all he write me a behavior citation. Along with my Co-worker Kennedy Smith, The Arresting Officer write us both For violated rule # 85 However there is no rule # 85 In The Administration Rugulation 403. The same officer write me (2) Disciplinary The disciplinary should have been Voided, due to a discrepancy in Section 3
   (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No (✓)
   (5) Result File Writ Of Certiorari (Dismissed)
   (6) Date of result May 4, 2006
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
   (1) First petition, etc.        Yes ( )   No ( )
   (2) Second petition, etc.    Yes ( )   No ( )
   (3) Third petition, etc.     Yes ( )   No ( )
(e) If you did **not** appeal from the adverse action on any petition, application or motion, explain briefly why you did not: ____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

> CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Supreme Court Clerk, dismissed untimely The petitioner did not received a Fair hearing at the Cattle Ranch
Supporting FACTS (tell your story briefly without citing cases or law): Before I File my Writ of Cetitiorari, I Knew that it was going to take me more than 14 days to prepare my Writ of Cetitiorari. Therefore I File an motion For extension of time; on march 17, 2006 The Criminal Court of Appeals overruled my motion For rehearing.

B. Ground two: On April 6, 2006 I received a Certicat of Judgment and Affirmed By Memorundum
Supporting FACTS (tell your story briefly without citing cases or law): On April 14, 2006 I File a Second motion for extension For time; Expressing The Face that inmates at Draper only are allowed (2) hour a day to use the law library requesting the Court to grant me the time to prepare my Writ of Certriorari

C. Ground three: Constitation Violation: Nor shall any person be Subject For the Same offense twice;
Supporting FACTS (tell your story briefly without citing cases or law): How can the Petitioner/Appellant be charge will the same charge third times, without any evidence. On march 16, 2005. The Arresting officer Gray A. Bice At the State Cattle Ranch, write me along with my Co-Worker A Behavior citation For Violation Rule #85. I Found out there is No rule #85, the citation and sanction are approved Citation and sanction are disapproved and Formal disciplinary action By Warden Free, the Warden at the Cattle Ranch

D. Ground four: The hearing Officer Failed to adhere to there Rule of Administive Raglation 403

Supporting FACTS (tell your story briefly without citing cases or law): On March 16, 2005 The Arresting Officer Bice made the Following statement, that he recieved a phone call From rural studio, inFroming him that I was on the side of the road talking to some people in a car. The person that I was talking to was one of my customers that brought some bobby craft from me. (A Purse). Circuit Court did not give in conceration of the AFFidavit of Ms. Ovetta Jackson: The person that I was accuse of talking to on side of the Road the Circuit Court Eror and the Court of Criminal Appeal Eror by not give into Conceration of the AFFidavit of Ms Ovetta Jackson and the Petitioner AFFidavit Moreover the Change itself.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: Due process In any case Where a disciplinary or rule violation has been voided or other wise overturn as a result of a technicality or due process violation, but where the behavior indicates the need For a more restrictive place- ment or custody, Classification and/or the Central Review may Classify the offender as deemd appropriate base upon the specific act or behavior itself. The petitioner Follow The Chair of Command: By First, Appeal the disciplinary to the (Warden Free) State Cattle Ranch: March 17, 2005. Then on March 25, 2005 The petitioner File: Abuse of Disciplinary Procedures to the Commissioner: Mr. Donal Campbell They never Respond, That's When I File Writ Habeas Corpus to Circuit Court in Hale County

14. Do you have any petition or appeal now pending in any court, wither state or federal, as to the judgment under attack?   Yes ( )  No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____
    
    (b) At arraignment and plea _____
    
    (c) At trial _____
    
    (d) At sentencing _____
    
    (e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )   No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )   No ( )

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) And give date and length of sentence to be served in the future: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )   No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _June 6, 2006_.
(date)

_Anthony Carey_
Signature of Petitioner