IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ANTHONY CAREY, #152 763                    *

     Petitioner,                          *

     v.                                   *        2:06-CV-510-WHA

JAMES DELOACH, WARDEN, *et al.*,          *

     Respondents.                         *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*

(Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done, this 12th day of June 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE