**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden James DeLoach
   c/o Draper Correctional Facility
   P. O. Box 1107
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C Bell               ☒ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   C Bell                           6/13/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3461 4346

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540