Case: 2:06 CV 510

2:06CV510

Mr. Anthony Carey
AIS # 152763 B-1-115
Elmore Correction Center
P.O. Box 8
Elmore, Alabama 36025

RECEIVED
2006 JUN 19 A 10:36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United State District Court
Middle District of Alabama
Office of The Clerk
P.O. Box 711
Montgomery, Alabama 36101

Dear Ms. Hackett:

Please be advise that I have been transfer from Draper Correction Center to Elmore Correction Center June 15, 2006 at 5:00 P.M.

Petitioner
Anthony Carey
Pro-se