ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

1. INMATE: Anthony Carey    CUSTODY: Min    AIS NO.: B/152763

2. FACILITY: STATE CATTLE RANCH

3. The above named inmate is being charged by **Officer Gary Bice** with violation of rule **#64** specifically **Possession of Contraband** from regulation # **403**, which occurred on or about **03/16/2005** at (time) **4:45 pm**, Location: **Security Office**. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **On March 16, 2005, at approximately 4:45 pm, Officer Bice conducted a search of inmate Anthony Carey, B/152763. Inmate Carey was in possession of an AT&T phone card. Inmate Carey is not authorized to carry a phone card.**

5. Gary Bice, COI                                          [signature] COI
   Arresting Officer / Typed / Rank           Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate on this the 17 day of March, 2004, at (time) 9:45 (am/pm).

7. Samuel Sanders   COI                   Refuse to Sign  Samuel Sanders
   Serving Officer / Signature / Rank      Inmate's Signature / AIS Number

8. Witnesses desired?   NO _____   (YES) Anthony Carey
                        Inmate's Signature    Inmate's Signature

9. If yes, list: Kennedy Geral Smith B/M 160443
   Mrs Oveth Johnson,

10. Hearing Date March 18, 2005  Time 10:30 am  Place Security Office

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself. Inmate Carey stated that he was not capable of representing himself. Stewart David Scott assisted inmate Carey.
                                                          [signature] Jackson
                                                          Signature / Hearing Officer

13. Plea: Anthony Carey  Not Guilty  _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
                                                          [signature] Jackson
                                                          Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): On Wednesday March 16, I got a call from the Rural Studio informing me that Anthony Carey was on the side of the road. Carey was seen talking with the people in the car. When Carey returned from work I conducted a search and found the AT&T phone card.

16. Inmate's Testimony: It wasn't no young person, it was Ms. Ovetta Johnson. She told me she was going to pay me in advance for some hobbycraft. I didn't give her the hobbycraft because I didn't go out to work the next day.

Witness: _____    Substance of Testimony: _____

Annex C to AR 403 ( Page 1 of 3 pages )

Witness: Kenneth Smith   Substance of Testimony: I don't know anything about no phone card.

Witness: ___   Substance of Testimony: ___

17. The inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

    *Signature / Hearing Officer:* LCJackson

18. The Following witnesses were not called - reason not called
    1. Ms. Ovetta Johnson — Not contacted by inmate Carey
    2.
    3.

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that: On March 16, 2005, Officer Gary Bice conducted a search of inmate Anthony Carey when he retuned from working at the Auburn Rural Studio. Officer Bice confiscated an AT&T telephone card from inmate Carey. Inmate Carey was not authorized to have a phone card, therefore the hearing officer finds inmate Carey guilty of violating rule #64.

20. Basis for Finding of Fact: This finding is based on the testimony of the arresting officer and the admission of inmate Carey that he did have the phone card.

21. Hearing Officer's Decision:   x Guilty   ___ Not Guilty     X Major   ___ Minor

22. Recommendation of Hearing Officer: Loss of telephone and visiting privileges for 45 days. Removal from the Cattle Ranch, refer to classification for possible change change in custody.

    L. C. Jackson, COII
    Signature / Hearing Officer: LCJackson
    Typed Name and Title   3-21-05

23. Warden's Action – Date
    (Approved)
    Disapproved
    Other (specify)

    Reason if more then 30 calendar days delay in action.

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the 24 day of Mar 2005; at (time) 8:36 (am/pm)

    Signature / Serving Officer / Title: Jackson COI
    Inmate Signature and AIS Number: Refused to sign / Jackson

    Annex C of AR 403 (page 2 of 3 pages)

1. What happen to Citation? The Warden disapproved the citation and recommended a disciplinary

2. Why I received a disciplinary and Kennedy Smith did not because we both had money? Disciplinary is not for money but for an AT&T phone card.

3. I had a phone card because the phone bill were to high for me to use Inmate phone. so I purchase a phone card so I could call my wife

4. my record here at the cattle Ranch for five years have been perfect. I pray and hope that you will have a change of heart please and give me another chance

507-1218



# ALABAMA DEPARTMENT OF CORRECTIONS
## LOSS OF INMATE PRIVILEGES - BEHAVIOR CITATION

INMATE: Carey, Anthony    AIS: 152763    DORM/BED #: C-17

FACILITY: State Cattle Ranch    Job Asgmt: Auburn Rual S.    Custody: Min

The above named inmate is cited by Gary A. Bice CO1 for the following

Rule # 85 violation(s) of Institutional / departmental rule(s) as described: Inmate Carey Return to State Cattle Ranch, From Auburn Rual Studio with a Telephone Card AND $59 ~GAB CO1

Date of Infraction: 03/16/05    Time of Infraction: _____

Location of Infraction: Security Office of State Cattle Ranch

Gary A. Bice CO1                                         GAB CO1
Citing Employee / typed name / rank    Citing Employee's Signature / Date

*************************************************************

I have investigated the circumstances surrounding this citation and recommend that the following sanction(s) be taken against this inmate:

( ) Counseling/Warning    (X) Los of Telephone privileges for 45 days
( ) Loss of Canteen Privileges for ___ days    ( ) Removal from Incentive Program
(X) Loss of Visiting Privileges for 45 days    ( ) Removal from Hobby Crafts Program
( ) Extra duty for ___ days at ___ hours per day under supervision of ___ shift.

Anthony Carey 152763              L. Jackson 3-17-05
Inmates Signature / AIS / Date    Shift Supervisor Signature / Date

*************************************************************

After having reviewed this citation and the recommendation sanction(s) presented, the following action is approved:

( ) Citation and sanctions are approved.
( ) Citation and sanctions are approved as modified: _____

(✓) Citation and sanctions are disapproved and formal disciplinary action is to be immediately initiated under the provisions of ADOC AR 403.

( ) Citation and sanctions are disapproved. Expunge action from inmate's file.

_____    _____
Effective Date of Sanctions    Warden / Designee's Signature / Date

*************************************************************

Inmate receipt of completed action: _____
                                    Inmate's Signature / AIS / Date

Serving Officer's Initials: _____
*************************************************************

Exhibit 2

IN THE CIRCUIT COURT OF HALE COUNTY, ALABAMA

ANTHONY CAREY #152763          *

         Petitioner     *

Vs.                             * Case No: <u>CV-05-88</u>

GEORGE FREE
WARDEN II
STATE CATTLE RANCH
         Defendant

## AFFIDAVIT

    Before me, the undersigned authority, a Notary Public in and for State of Alabama at Large, personally appeared George Free, who being known to me and being by me first duly sworn, deposes and says an oath as follows:

1.

On September 9, 2002, inmate Anthony Carey, AIS No. 152763, signed a copy of the inmate work rules that clearly state that inmates are not allowed to make or receive telephone calls at their job site. No Dept. of Corrections official gave inmate Carey permission to have a telephone card in his possession; therefore, the card is contraband.

2.

This prison facility, C. A. Farquhar State Cattle Ranch, does not have a holding cell for inmates who violate rules and regulations. Based on the nature, severity or frequency of the rule violation, an inmate at C. A. Farquhar State Cattle Ranch may be held in the Hale County Jail until the inmate can be transferred to a more suitable facility. These movements are made at my discretion or at my designee's discretion.

3.

Inmate Carey was given a completed copy of the disciplinary report on March 24, 2005, at 8:36 a.m. He refused to sign the report.

Exhibit 3

4.

In accordance with Administrative Regulation 403 dated January 30, 2003, sanctions for violations are: (1) Loss of a portion of all good time the inmate has earned (2) Confinement to segregation (3) Recommend custody review (4) Loss of any and all privileges up to 90 days.

5.

On March 16, 2005, inmate Carey was issued a Behavior Citation for violation of rule no. 85. I, George Free, disapproved the citation and the sanctions and formal disciplinary actions were initiated.

_____
George Free

Sworn to and subscribed before me this
___13th___ day of July 2005.

_____
Notary Public
State of Alabama at Large

My commission expires: ___8-18-05___

(Notary Seal)

## INMATE WORK RULES

**DRESS CODE:** Inmate must wear white (DOC issued) clothing in accordance with inmate rulebook. Only authorized clothing will be worn. The clothing will be clean, the buttons will be buttoned, and shirttails will be tucked into trousers. No free world caps will be worn.

**VISITORS:** Inmates will not be allowed to have visitors at the job sites.

**PHONE CALLS:** Inmates will not make or receive phone calls at their job.

**MAIL OR PACKAGES:** Inmates will not be allowed to send or receive mail or packages at the job site.

**HOBBY CRAFT ITEMS:** Any free world person interested in purchasing a hobby craft item must have approval for the purchase from the Warden or his designee – (NO EXCEPTIONS). The money for the item will be placed on the inmate's account prior to the item leaving the institution.

**GENERAL RULES:**

A. While riding on vehicles inmates will not sit or stand on the sides.

B. Inmates will not be allowed to drive vehicles unless authorized by the Warden or his designee.

C. Inmates are not allowed to work on personal property of any Description while at the job site.

D. Inmates will not consume or have any drugs or alcoholic Beverages in their possession – prescription drugs will be controlled by responsible supervisor.

E. Inmates are not allowed to work or be on private land at any time (except as established by Section 14-5-30 through Section 14-5-34)

F. Radios will not be allowed at work site.

G. Books, magazines or newspapers will not be allowed at work site.

H. No possession of keys, except in the performance of your job.

I. Inmates are not allowed to have money in their possession at anytime. They are not allowed to make purchases on the job.

J. Inmates are not allowed to communicate with people at the job site except in the line of duty. While at the job site or traveling to or from work site, you will not yell, wave, whistle or make obscene gestures to any person.

K. Female and male inmates are not allowed to wear excessive jewelry. Only a wedding band/ring, religious necklace and watch may be worn. Females may wear small studded earrings.

L. Female inmates are not to wear excessive makeup. Fingernails will be trimmed, if nail polish is used it will be natural in color. Hair will be neat, clean and will not be longer than shoulder length.

M. Personal hygiene will be maintained at all times.

_Anthony L Carey_  9/9/00        _Anthony L Carey_
Inmate's Signature    Date         Inmate's Printed Name

_152763_
Inmate's AIS Number

Exhibit 4