IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| ANTHONY CAREY, #152 763 | * |
| Petitioner, | * |
| v. | *   2:06-CV-510-WHA |
| JAMES DELOACH, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER**

On June 29, 2004 the court erroneously accepted and filed a Motion to Dismiss. (Doc. No 7.) This motion is not properly before the court as it was submitted without permission of the court. (*See* Doc. No. 4, pg. 6 - **"no motion for summary judgment, motion to dismiss or any other dispositive motions . . . may be filed by any party without permission of the court."**). The aforementioned order further directed that "[i]f any pleading denominated as a . . . dispositive motion is sent to the court [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id*. Accordingly, it is

ORDERED that the Motion to Dismiss filed by Respondents on June 29, 2006 (Doc. No. 7), be stricken from the docket for non-compliance with the order of June 12, 2006.

Done, this 5th day of July 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES DISTRICT JUDGE