IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 19 A 9:28

ANTHONY L. CAREY SR.     *
   PETITIONER

VS.     *     CASE NO:2:06-CV-510 WHA

JAMES DELOACH, WARDEN etal,..     *
   RESPONDENT(S)

    *

AFFIDAVIT OF ANTHONY L. CAREY Sr.

My name is Anthony Lorenza Carey Sr. I am over the age of twenty-one(21) years old. I am mentally competent to testify to this matter so stated herein, this affidavit. I make this affidavit willingly and out of my own free will and choosing, nobody has promised me anything nor have I been threatened to do so. My name is Anthony Lorenza Carey Sr.#152763 Elmore correctional Fac. Dorm 81-115 Elmore, Al.36025. I arrived at the cattle ranch April 12,2000 with the custody II mininum out. I worked for the city of Greensboro for five(5)years for the chief of police Mr.Claude Hamilton#334)624-8119 or Cell#334)507-1758. I worked three days out of a week for the city of Greensboro. The job at the Auburn Rural Studio was opened,so I decided to ask for the job,because it was five(5)days. I worked at Auburn Rural Studio for approximately two(2)month before being fired by Mrs.Ann Langford. I was off work for one week with a spider bite SEE:EXHIBIT(1)THE DOCTORS REPORT ON MARCH 16,2005. I returned to work,after work as we checked in Officer Bice called us into the office,in which Officer Bice conducted a search,Officer Bice first searched Inmate Kennedy Smith and found eighty-four ($84.00)dollars,then Officer Bice begin to search me in my wallet was twenty-one($21.00)dollars and a AT&T card. Officer Bice told us to report to the office later,once we returned Officer Bice wrote both of us a behavior citation we both signed the citation. I was denied of going to work the next morning,but my co-worker Kennedy Smith were allowed to go

1.

to work. On the morning of March 18,2005,one day later I wasledlled to report to the security office. When I reported to the office Officer Bice had two(2)disciplinaries for me to sign I refused to sign them,because I did not understand what they were for,one of the disciplinary was for the samething that I was charged with on the behavior citation(POSSESSION OF CONTRABAND)Violation rule#85. There is no such rule#85 in the administrative regulation 403. Note that I was being charge for Possession of Contraband on two(2)separate disciplinaries.Neither disciplinary had the appropiate rule#85 Violation on them according to the administration regulation 403. It is very clear that the petitioner was denied due process. The arresting Officer continuously errored by the oblivous mistakes. The same morning March 17,2005,I was hand cuffed and shackled and transferred to the hale county jail once I arrived at the jail I was booked and placed in a cell I asked the jailor to allow me to make a phone call,he told me that he could not let me use the phone,but I know that if I was booked I could have the rights to make at least one phone call. The only infraction that was with me were a behavior citation.(no writing material or nothing esle) On March 18,2005 approximately 9:00A.M I was picked up and transferred back to the cattle ranch for the hearing. The hearing Officer Sgt Jackson told me that I had only ten(10)minute to prepare for my defense,although there were no law library there to assist me at the preparation.

    Administration regulation 403 IVprocedures during hearings;The hearing should be held within ten(10)working days after the Inmate has been served with the charge,however that did not happen in my case. The Hearing Officer failed to adhere to this part of the administrative regulation 403 DUE PROCESS REQUIREMENTS OF SECTION 12 OF THE DISCIPLINARY REPORT I told the hearing officer that I was not capable to represent myself SEE PETITIONERS EXHIBIT (B)SECTION 12 OF THE DISCIPLINARY REPORT.Officer Bice stated in his testimony SECTION 15 of the disciplinary report. )n wensday March 16,2005 that he had gotten a phone call from Rural Studio informing him that I was on side of the road that I was seen talking with some people in a car.That is what this case is all about. My liberty of interest is the letter of the law,that can not be denied:my constitutional rights was violated(AND DUE PROCESS) The circuit court and the appeals court overlooked the facts.The affidavit of Mrs.Ovetta Johnson,also my affidavit. The only thing that the state said that there were no liberty interest,yet I begs the difference. My defense is what the law states 6th amendment"THE ACCUSER SHOULD HAVE THE OPORTUNITY TO CONFRONT HIS ACCUSER". I was never given that opportunity according to

2.

the constitution to confront my accuser. Amendment 5 "NO PERSON SHOULD BE SUBJECT FOR THE SAME OFFENSE TWICE TO BE PUT IN JEOPARDY". Officer Bice charged me for the same violation three times, this is my liberty of interest; Amendment 14 "ALL PERSON BORN OR NATURALIZED IN THE UNITED STATES OF AMERICAN AND SUBJECT TO THE JURISDICTION THERE OF ARE THE CITIZENS OF THE UNITED STATES AND THE STATES WHERE THEY RESIDES". No state shall make or enforce any laws which shall abridge the privileges or immunities of citizens of the united states nor shall the state deprive any person of life, liberty or property without due process of the law. This is my liberty of interest nor deny any person within it's jurisdiction the equal protection of the laws, Officer Bice and I along with my co-worker Inmate Kennedy Smith a behavior citation for the same charge POSSESSION OF CONTRABAND, Inmate Kennedy Smith had eighty-four dollars ($84.00) I had $21.00 from selling hobby craft and a AT&T phone card, is there a double standard that one Inmate received the lesser punishment than the other Inmate. This is my liberty interest, there was no equal protection of the law. It goes to show me one thing that they was at Kennedy Smith, they was at me look at the facts, the true Officer Bice stated that he had received a telephone call from Mrs. Ann Langford Director of Auburn Rural Studio Newbern Al. Mrs. Ann Langford informed him that I was talk to some people in a car on side of the road. Then I was fired from my job and being disrepected. There was no investigation, according to the administration regulation 403 all charges should have been investigated; If the hearing Officer Sgt Jackson with would have called my witness Mrs. Ovetta Johnson#334)624-0943 Home after 5:00P.M or ##$ 334)624-9000 work SEE PAGE 12 appeal court transcript the affidavit of Mrs. Ovetta Johnson filed in Hale County on June 14,2005 this is my liberty of interest; how could the circuit court and the court of criminal appeals overlook the facts. I subpond the circuit court of Elmore County for the copy of the behavior citation of one Kennedy Smith I never received any respond. my accuser Mrs. Ann Langford was not at the disciplinary hearing, but write and affidavit in bad faith that I have never seen that is in my institutional Jack, I filed an motion for appointed counsel August 24,2005 transcript page 38. A week before the hearing on November 9,2005 counsel filed a motion to withdraw; from the very beginning, I told the hearing Officer Sgt. Jackson that I was not capable of representing myself, because of all of this, it has caused me problems within my marriage.

## RELIEF SOUGHT

1. For the united states district court to protect petitioners federal and state constitutional right in which it is the court obligation to guard any enforce.

2. No retaliation are threats from Alabama Department of Correction the parole board and none of it employee at the state cattle ranch.

3. A law library at the cattle Ranch with Brooks, typewriter and computor

4. The citation and disciplinary be removed from all of my institutional Jacket, Central records, Parole Board, also the affidavit of Mrs. Ann Langford be removed.

5. To reimburse me $1,000,000.00 over the 17 years Alabama department of corrections has forced requirement of Inmates to pay outragous phone rates instead of international flat rates five(5))dollars per call in the state the resignation.

6. I am asking for the of warden geoge Free, Officer Gray, Officer Bice of the state cattle ranch and the resignation of Mrs. Ann Langford of Auburn Rural Studio Newbern Al.

5.

Liberty interest is not saying that the state can do what so ever to an inmate whenever they want to What is right is that every prisoner is protected under the Constitution Of The United States. There have been with disciplinaries for the use of drugs and alcohol was allowed to return back to the Cattle Ranch, but Warden Free retracted me.

1. SEE EXHIBIT(A)THE DOCTOR REPORT BED REST FOR SEVEN(7)DAYS DATED 3/3/05

2. SEE EXHIBIT(B)THE BEHAVIOR CITATION,THIS WAS SUPPOSE TO HAVE BEEN THE FIRST CHARGE FOR VIOLATION RULE#85 THERE IS NO RULE#85

3. SEE EXHIBIT(C)DISCIPLINARY REPORT CHARGE WITH VIOLATION#86 SPECICALLY POSSESSION OF CONTRABAND,IN WHICH I WAS SUPPOSE TO BE CHARGED WITH BEING FIRED FROM JOB RULE#64

4. All the exhibits is in the court of criminal appeals transcript from circum court of Elmore,County.

5. Petitioner require the transcript of the criminal of appeals and the supreme court of Alabama.

# CERTIFICATE OF SERVICE

I do hereby certify that on this 17 day of July 2006 a copy of the foregoing was served upon the following counsel of record;

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101

By depositing the same in the United States Mail, Postage Pre-Paid.

*Anthony Carey*
Petitioner/Plaintiff

Swear (or affirm) under of perjury that, upon information and belief the foregoing it true and correct on this 17 day of July 2006

*Anthony Carey*