2:06 cv 510 -A

United State District Court
Middle District of Alabama
Clerk: Debra P. Hackett
P.O. Box 711

RECEIVED
2007 FEB 12 A 10:0?

February 9, 2007

Dear Mrs. Hackett:

Please be advised that I was transferred to Red Eagle Honor Farm today February 8, 2007.

Therefore forward all legal mail to this address Red Eagle Honor Farm, 1290 Red Eagle Road, Montgomery, Alabama 36110

Sincerely yours
Anthony L. Carey Sr.



Mr. Anthony L Carey Sr. AIS# 152763 - B-62
Red Eagle Honor Farm
1290 Red Eagle Road
Montgomery, Alabama 36110

09 FEB 2007 PM 1 L
MONTGOMERY AL 361

United State District Court
Middle District of Alabama
Clerk: Debra P. Hackett
P.O. Box 711
Alabama 36101-0711
Montgomery, Alabama

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Legal Mail