IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ANTHONY CAREY, #152 763 | * | |
| Petitioner, | * | |
| v. | * | 2:06-CV-510-WHA |
| JAMES DELOACH, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER**

A review of the pleadings filed in this matter reflect that the instant application for habeas relief is more appropriately filed under the provisions of 28 U.S.C. § 2241. The Clerk, therefore, is DIRECTED to amend the court docket to reflect that this action is filed pursuant to 28 U.S.C. § 2241.

Done, this 8th day of March 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE