IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY CAREY #152763
    PETITIONER

VS.

JAMES DELOACH, ET AL.,
    RESPONDENTS

2:06-CV-510-WHA

## Motion For Court Order Sanctions

Comes now Anthony Carey and petition the Honorable Judge to issue and order against Respondents for their willfully and knowingly disregard for this court's order to timely respond. The Judge orders for response to this petitioner has been intentionally violated. The orders were entered on 3/8/2007 by the Honorable Terry F. Moorer.

The order for sanctions, and or order for good cause should be granted where Petitioner is prejudice by the acts which are done intentionally, knowingly, and in bad faith. Petitioner's mental state to remember, and to have access to documents are being subject to oppression, and out-right retaliation by Red Eagle ADOC officals. The undue

-1.-

DELAY VIOLATES UNITED STATES CONSTITUTION 1ST, 6TH, AND 14TH AMENDMENT RIGHTS.

## Relief Requested

1. THE COURT TO ISSUE A FULL ORDER IN THIS CAUSE OF ACTION FOR THE ABUSE OF COURT'S ORDER AND ESTABLISHED RULES.

2. AFTER CAREFUL REVIEW TO ENTER A ORDER FOR APPROPRIATE SANCTIONS.

RESPECTFULLY

*Anthony Carey*
ANTHONY CAREY
1290 RED EAGLE ROAD
MONTGOMERY, AL. 36110
APRIL 9TH, 2007

## Certificate of Service

I DO HEREBY CERTIFY AND SAY THAT I HAVE SERVED THE ATTORNEY GENERAL:
TROY KING
11 SOUTH UNION ST.
MONTGOMERY, AL. 36130.

THE ATTORNEY FOR RESPONDENTS WITH A COPY OF THE SAME DONE THIS 9TH DAY OF APRIL 2007. PLACED IN PRISON OFFICIALS HANDS FOR PROPER MAILING BY FREE LEGAL MAIL. BY MY SIGNATURE BELOW.

*Anthony Carey*

Anthony Carey #152763   B-62-8
Red Eagle Honor Farm
1290 Red Eagle Road
Montgomery, Alabama 36101

MONTGOMERY AL 361
09 APR 2007 PM 2 L

Ella Fitzgerald

Office of The Clerk
United State District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forward
from an Alabama State Prison. The cont-
ents have not been evaluated, and the
Alabama Department of Corrections is not
responsible for ... ... ... ... content
of the enclosed communication."