IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv510-WHA |
| ) | (WO) |
| JAMES DELOACH, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for sanctions filed by Petitioner on April 10, 2007 (Doc. No. 13), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Petitioner is advised that the court's order of March 8, 2007, directed the court's Clerk to amend the court docket to reflect that this action is filed pursuant to 28 U.S.C. § 2241 and did not direct Respondents to file any responsive pleadings.

Done this 13th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE