IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY CAREY, #152763, )
    Petitioner, )
v. ) 2:06-CV-510-WHA
James Deloach, Waden, et al, )
    Respondents. )

## Motion to Amended

Come now, petitioner in the above-styles and move the Court § 2241 power to grant writ... (a) Writs of habeas Corpus may be granted by Supreme Court and Justice thereof, The District Courts and any Circuit Judge within their respective Jurisdiction. The order of a Circuit Judge shall be entered in the records of the District Court of the district where in the restraint Complained of is had.

The Writ of habeas Corpus shall not extend to a prison unless as a Sound of Federal Jurisdiction to review by habeas Corpus Judgment of States Courts, the proposition the state court has denied a prison a Fair adjudication of the legality of his detention. Just because petitioner Filed his habeas Corpus on 28 U.S.C 2254 Form instead of U.S.C. 224 Form.

(1)

(1) This motion should be granted for the following reason: The prison's law library dont have any 2224 Forms... therefore the petitioner had to use what they had, Application for habeus Corpus is under 28. U.S.C. 2254 What a prison to do, if there is no 2224 to file with?

(2) Respondents, never respond to the order of the court In this Court on June 8, 2006, the petition was signed by petitioner on June 6, 2006. A pro se inmates petition is deemed Filed the date it is deliver to prison officials for mailing Houston v. Lack, 487 U.S. 266, 271-272 (1988); Adams v. United States, 173 F. 3d 1339, 1340-41 (11th Cir. 1999)

(3) On April 18, 2006, The petitioner Filed a motion for extension of time: Because the petitioner Subpoena Warden Free, at Farquhar Cattle Range, Greensboro, Alabama for a copy of inmate Kennedy Geral Smith B/m 160443 Behavior Citation... Rule 45. Clerk Duties: Take an oath to serve the subpoena... The petitioner never received on copy of the document... Inmate Kennedy Smith is parole, because his citation was in house...

Where fore the petitioner ask the court to grant this motion Officer Bice, show inmate Kenned Smith Favoritism... From the very beining, the state and the courts knew that this suit was not base upon the petitioner conviction... (See petitioner) Exhibit (1) Questing Circuit clerk about the Supoena. Exhibit (2) Motion for Extension of time, Respectall Submitted

(2)

Anthony Carey

Certificate OF Sevice

I hereby cerify that I have served a copy of the foregoing motion to the Attorney General Office: Attorney General: Troy King 11 South Union Street Montgomery, Alabam 36130.
The Attorney For responed with a copy of the same done This 3th Day of May 2007. By First Class mail, Postage prepiad in The united State mail

Attorney General:
Troy King
11 South Union Street
Montgomery, Al 36130

Office of the Clerk
United State District Court
P.O. Box 711
Montgomery, Alabama
36101

*Anthony Carey*