IN THE CIRCUIT COURT OF
ELMORE COUNTY, ALABAMA

Mr. Anthony Carey
AIS# 152763 Cell 4-33
Draper Correction Center
P.O. Box 1107
Elmore, Alabama 36025

April 25, 2006

Mr. Larry Dozier
Circuit Court Clerk
P.O. Box 310
Wetumpke, Alabama 36092

Re: Subpoena Duces Tecum

Dear Mr. Dozier:

A few weeks ago, I filed an subpoena duces to your office. Subpoena Warden De loach for the Affidavit of Mrs. Ann Lang Ford, Also Hale County transfered an Subponea Dues Tecum to your office to Warden Free at the State Cattle Range for copy's of the Behavior Citation of Inmate Kennedy Smith. It is very importance that I receive that information, in order to file my writ of Certiorari. I have notify the Supreme Court of this Problem

Your truly
Anthony Carey

C.C. April 25, 2006

Petitioner Exhibit (1)

SUPREME COURT OF ALABAMA

Mr. Anthony Carey
AIS# 152763 Cell 4 Bed 33
Draper Correction Center
P.O. BOX 1107
Elmore, Alabama 36025

April 18, 2006

Mr. Robert G. Esdale
Office Of The Clerk
300 Dexter Avenue
Montgomery, Alabama 36104- 3741

Re: Motion For Extension Of Time, On April 14, 2006

Dear Mr. Esdale:

   COME NOW, On April 14, 2006, The petition filed a motion for extension of time. On AMarch 31, 2006, The Petition filed an subpond duces tecum for the behavior citation of inmate Kennedy Smith.

The petition Co-work at Auburn Rual Studio, Inmate Kennedy Smith received an behavior citation for the possesion of contrband (cash money) $82.00 also the petition subpona the Court for the affidavit of Mrs. Ann Langrord, Mrs. Langford was the person that called Office Bice. Mrs. Langford is the person accuse me.

The petition requsting the Court to grant the time to received this evidence, before the petition file the petition writ of certitorari

CERTIFICATE OF SERVICE

   I hereby cerify that I served a copy of the forgoing Motion upon, Defendant: Alabama Department Of Correction Legal Divison 301 South Ripley Street ....... Montgomery, Alabama. And The Supreme Court Of Alabama 300 Dexter Avenue ...... Montgomery, Alabama. By placing a copy of the same in the United State Mail... Postage prepaid properly address On this 18 day of April, 2006.

_Anthony Carey_
Petition, Pro-se
P.O. BOX 1107
Elmore, Alabama 36025

Exhibit (2)



Anthony Carey #152763  B-6-A
Kilby Correction Facility
P.O. Box 150
Mt. Meigs, Alabama 36057

MONTGOMERY AL 361
07 MAY 2007 PM 2 T

Mrs. Debra P. Hackett
Office of The Clerk
United State District Court
P.O. Box 711
Montgomery, Alabama 36101

36101+0711

LEGAL MAIL
"This correspondence is forwarded from an Alabama State Prison. The contents has not been evaluated and the Alabama Department of Corrections..."