IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv510-WHA |
| ) | (WO) |
| JAMES DELOACH, WARDEN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

On May 8, 2007 (Doc. No. 15), Petitioner filed a pleading styled as a motion to amend, in which he asserts that he filed his habeas petition on a form for use with petitions for habeas relief under 28 U.S.C. § 2254 because the prison law library had no forms for filing habeas actions under 28 U.S.C. § 2241. Petitioner also appears to assert that Respondents failed to respond to an order of the court entered on June 8, 2006.

Petitioner is advised that, pursuant to this court's order of March 8, 2007 (Doc. No. 12), the court's Clerk amended the court docket to reflect that the instant action is filed pursuant to 28 U.S.C. § 2241. Petitioner is further advised that there was no order of the court entered on June 8, 2006, directing Respondents to file any responsive pleadings.

Though styled as a motion to amend, Petitioner's motion does not appear to present any claims for relief. However, to the extent Petitioner may be seeking to amend his petition to reflect that his action is filed pursuant to 28 U.S.C. § 2241, it is

ORDERED that the instant motion (Doc. No. 15) is DENIED as moot.

Done this 9th day of May, 2007.

        /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE