May 7, 2007

Dear Mrs. Hachett:

Please be advice that I have been tranfered to Limestone Correctional Facility,

I asks the court to forward all legal mail to this address: Anthony Carey #152763
Limestone Correctional Facility
L-A-13-A
28779 Nick Davis Road
Harvest, Al 35749-7009

Thank you very much
Anthony L. Carey Sr.

RECEIVED 2007 MAY 17 A DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Anthony Carey 153-763
Limestone Correctional Facility L-A-13-B
28779 Nick Davis Road
Harvest Al 35749-7069

Mrs. Delpa P. Hackett, Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

Legal Mail
Legal Mail

RETURNED FOR POSTAGE