IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 NOV 29 A 9 24
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

ANTHONY L. CAREY,
    petitioner

v.

JAMES DELOACH, WARDEN, et al.,

2:06-CV-510-WHA

ORDER TO MOTION

Come now, The Respondents never respond to this court order in Filled that it is the State obligation to come Forward with the State court record. Resondents should comply with the provision of Rules of the governing § 2254 Cases in the district courts which requires, in pertinet part, that the answer... indicate what transcripts (of pretrial, trial sentening, and post-conviction proceeding) be made available. That is the Respondend responsible to provide the petitioner with copies of document. Respondents shall also inform the court of Whether this is the First habeas petition Filed by petitioner challenging the conviction which is the basis For the instant Petition. The Respondents never respond to that question by the court, See ANTHONY LORENZO CAREY V STATE Jefferson County Circuit NO: CC-87-173, Court Of Criminal Appeals Of Alabama 566 So. 2d. 1103, 1989 No. 6 Div. 36, November 17, 1989 Filed For Rehearing Denied December 29 Certiorari Denied March 23, 1990

The petition did not clearly understand the Lanuage of the court because the petition is not no professional Lawer. petition pray that this court will give that into consideration, the Respondents claim that the petitoner then Filed For seek Relief (CR-54) where the petition First seek Relief with his Affidavit. The second RELIEF SOUGHT was Filed with the petition second Afficavit

As the petition made mention, that he is not a Professional Lawer The petition (3) third RELIEF SOUGHT was Filed with petition (AMEND) in the Northern District Court the petition is not Familiar with the law, however the petition point is that (RELIEF) was mention. Therefore how can it be denial, On those grounds the petition is requested the Court For a rehearing or to save the tax payer some money, The petition ((RELIEF) is to be release From prison. The petition seek Relief unconcion Relief, The petition request the State For transcrips OF pretrial, trail Sentencing and post-conviction, time sheet that was Order by the Court Bundy v. Wainwright, 808 F.2d 1410, 1415 (11th Cir 1987) A prior petition dismissed For Failure to exhaust state remedies, however, does not render a subsequent petition successive. In order to File any thing, how can I do it without the transcrips. Petition Pray that the Court will enforce this Order, petition enter Seeking Relief as Exhibit A Case Filed No: CC-95-0782 Exhibit (B) Motion For perbation Exhibit (C)

### Certificate OF Sevice

I here by certify that I have served a copy OF the same Foregoing motion to the Attorney General Office: Attorney General: Troy King 11 South Union Street Montgomery, Alabama 36130 By First Class Mail, Postage Prepaid in The United States Mail This 26 Day OF November 2007

Attorney General
Troy King
11 South Union Street
Montgomery Al 36130

OFFICE OF The Clerk
United States District Court
Po. Box 711
Montgomery, Al 36101

Anthony Carez Pro-se