## SEEKING RELIFE

1. No retaliation are threats from the Alabama Department Of Correction, and any employee at the State Cattle Ranch.

2. A Law Library with books, typewrite and computer so inmate will be able to there lagel work.

3. The Citation and Disciplinary removed from my institution jacket, Central Rocord and The Parloe Board The Affidavit Of Mrs. Ann Langford removed from my institution jacked.

4. To reimburse me for my hobby craft tool and supply the was lose, $200.00. If I decide to return back to the Cattle Ranch I will be place back on the same bed 17 and the same hobby craft place 5.

   There is not no rules in administrative Regulation 403 that mention anything about a phone card, therfore there is no rule in the inmate rule book that protein to having are use a phone card.
   The only rule that mention anythiing about a telephone is rule #84.
   The unauthorized use of telephone. The specific definition of charge depend upon the nature of the institution rule or rugulations...The charge is a <u>MINOR VIOLATION</u>

Exhibit (A)

IN THE CIRCUIT COURT OF JEFFERSON, COUNTY

| | |
|---|---|
| Anthony L. Carey | ) |
|    Defendant, | ) |
| v. | ) NO: CC-95-0782 - CC-87-173 |
| The State Of Alabama | ) |
|    Petitions. | ) |

### DEFENDANT REQUEST OF STATE FOR PRODUCTION BY STATE

The defendant hereby request the State to permit the defendant to analyze, insect, copy, and / or photograph the following which are within the possession, custody or control of the State and which the State introduce into evidence at trail.

The minutes of the GRAND JURY, Names, Address OF The member of the GRAND JURY THE FOREMAN NAME AND RACE. THE NAMES OF THE WITNESS THAT TESTIFY....WHO MADE THE COMPLAINT. The blood alcohol lever of the victim was the victim under any other controlled substance narcotics like marijuana.

JULY 14, 2004 the defendant filed this motion in the Circuit Court Of Jefferson County and made copy of the some

YOU'RE TRULY

*Anthony L. Carey*
ANTHONY L. CAREY

Exhibit (B)

IN THE CIRCUIT COURT OF

JEFFERSON COUNTY, ALABAMA

ANTHONY LORENZO CAREY

    PETITION,

V.                    CASE NO:(CC-95-0782)(CC-87-173

STATE OF ALABAM

    RESPONDENTS.

PETITION MOTION FOR PORBATION

Come now, The petition above is requesting This Honorable Court to grant the petition porbation: The petition was sentence in 1989 to a 30 years for murder. By The Honorable Judge Dan C. Reyolds, The petition understand that The Honorable Judge Dan C. Reyolds is retired. There was some substantia... evidence that was not submmited in my case. I did not have any knowledge of the process of having someone subpona, basis upon key witness that should have been subpona that was not. There was two men working on the house at the time that we stop to look at the house. Those two men could have identitfy my wife, that she was with me. Today made 17 years of incarceation because of a lie, Patircia " lie about the hold thing. The victim know that she was marry,well as his family. The petition was a very hard worker, no crime history,worked the some job for 10 years, Registered voter, Ex-Mraine, Honorable Discharge, License Minister of The Gospel: The petition pray that is Honorable Court have mercy and grant him porbation,

Exhibit (e)

Respectfull Submitted

*Reverend Anthony L Carey*

Anthony L. Carey 152763 H-112-A
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
Montgomery, Al 36101

Legal mail