IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| ANTHONY L. CAREY            , | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  2:06-CV- 00510-MHT-CSC |
| | ) |
| JAMES DELOACH, WARDEN,         | ) |
| | ) |
|         Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Troy King, James Deloach, a [ Defendants] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]  This party is an individual, or

[ ]  This party is a governmental entity, or

[X]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                                Relationship to Party

_____   _____

  1/16/2008                                  /s/Albert S. Butler
        Date                                       Counsel Signature

                                                  Troy King and James Deloach
                                                  Counsel for (print names of all parties)

                                                  301 S. Ripley St.
                                                  P.O. Box 301501, Montgomery, AL 36130
                                                  Address, City, State Zip Code

                                                  334-353-3885
                                                  Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

**CERTIFICATE OF SERVICE**

I, Albert S. Butler, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL, CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th day of January, 2008, to:

Anthony L. Carey
AIS #152763
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749


| 1/16/2008 | /s/Albert S. Butler |
|---|---|
| Date | Signature |