IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY L. CAREY            )
                            )
    Petitioner,              )
                            )
vs.                         )    Re: NO:2:06-CV-00510- WHA-TFM
                            )
                            )
WARDEN GEORGE FREE          )
                            )
    Respondent(s).          )

## MOTION FOR RECOGNIZE

*Comes now*, Petitioner who filed 28 *U.S.C § 2244* in this court, the Petitioner is not a professional lawyer. Petitioner filed *28 U.S.C. § 2244* without the assistance of counsel, however this court *Doc #4 NO:2:06-CV-00510-WHA-TFM Page 3 of 7 Respondents shall also inform the court of whether this is the first habeas petition filed by petitioner challenging the conviction which is the base for the instant petition.* Respondents never respond to the court order, because of the fact the Respondents know that was the first time that the petitioner file habeas challenging his conviction. Doc # 9 Petitioner error because of the interpretation of the law, by not understanding the habeas corpus affidavit of Doc # 4 challenging Petitioner conviction by sworn affidavit. But the thought it was on the disciplinary instead of his conviction. The Petitioner requesting this court for Motion For Recognize of the Petitioner filed sworn affidavit challenging his conviction. *That Order On Motion Doc # 9 That this Court will determine whether an*

*evidentiary hearing is necessary.* DOC # 5 Recommendation accepted or adopted by the District Court except upon the grounds of plain error or manifest injustice. <u>Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982</u> ). See <u>Stein v. Reynolds v. Securities, Inc,. 667 F. 2d 33 911th Cir. 1982)</u>

CERTIFICATE OF SERVICE

I hereby certify that I have service a cope of the same foregoing motion to the Attorney General Office 11 South Union Street Montgomery, Alabama 36130 By first class mail, prepaid in The United States Mail This date 19 of January 2008.

Respectfully submitted,

*Anthony L. Carey*

Attorney General Office
11 South Union Street
Montgomery, Alabama 36130

Anthony L. Carey, Pro-se
Limestone Correction Facility
28779 Nick Davis Road
Harvest, Alabama 35749

Legal Mail

Anthony Carey # 152763   H-112-A
Limestone Correction Facility
28779 Nick Davis Road
Harvest, Alabama 35749

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101

36101+0711

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

$ 00.410
JAN 22 2008
MAILED FROM ZIP CODE 35749
0004355531