IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABMA
NORTHERN DIVISION

2008 MAR 19 A 9:42

DEBRA P. HACKET
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANTHONY L. CAREY

    Plaintiff          )
                              )

vs.                        )   Re: NO:2:06-cv-00510-WHA-TFM
                              )

WARDEN GEORGE FREE, et al., )
    Defendants      )

## MOTION FOR CONSIDERATION

Come now, Plaintiff who filed 28 U.S.C§ 2244 in this Court, the plaintiff is not a professional lawer. Plaintiff filed 28 U.SC.§ 2244 without the assistance of counsel, however this Court *Doc#4 NO:2:06-CV-00510-WHA-TFM* Page 3 0f Respondents shall also inform the court of whether this is the first habeas petition filed by petitioner challenging the conviction which is the base for the instant petition. Respondents never respond to the court order, because of the facts the Respondents know that it was the first time that the plaintiff file habeas challenging his conviction. Doc # 9 Plaintiff error because of the interpretation of the law, by not understanding the habeas corpus affidavit of Doc # 4 challenging plaintiff conviction by sworn affidavit. But the plaintiff thought it was about the disciplinary instead of his conviction. The plaintiff requesting this court to granted Motion For Consideration, of the plaintiff filed a sworn affidavit challenging his conviction. That Order on Motion Doc # 9 That this court will be determine whether an evidentiary hearing is necessary. Doc #5 Recommendation accepted of adopted by the

District Court except upon the grounds of plain error or menifest injustice. <u>Nettles v. wainwright,</u> 677 F.2d. 404 5th Cir.(1982). See <u>Stein v. Securities, Inc,.</u> 667 F. 2d. 33 11th Cir. (1982).

## CERTIFICATE OF SERVICE

I hereby certify that I have service a copy of the same foregoing motion to the Attorney General Office 11 South Union Street Montgomery Alabama 36130. By first class mail, prepaid in The United States Mail This date of 10 of MARCH 2008

Respectfully Submitted,

Attorney General Office

*Anthony Carey*

11 South Union Street

Anthony L. Carey, Pro-se

Montgomery, Alabama

Limestone Correction Facility

Mr. Anthony T. Carey 152763 H-112-A
Limestone Correction Facility
28779 Nick Davis Rd
Harvest, Alabama 35749

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101