**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA

ANTHONY L. CAREY, #152763 )
    Petitioner, )
)
V )  Civil Action No: 2:06-CV-510-WHA
JAMES DELOACH, WARDEN, et al., )  (WO)
    Respondents, )

## MOTION FOR EXTENSION OF TIME

The petitioner, request The Honorable Court to granted petitioner extension For time. That in order to File Objection To the Recommendation, because of the limit amounted of time the this Facility allowed For the use of the Law Library. The petition (work) institution Job, Mon-Fri (7:00-4:00) The only days that the petitioner has assess to the Law Library, is Tuesday and Thursday, There is only one type write and three (3) Computer, with a two hour limit (Can only use for two hour) On the other days, special unit H&V have the Law Library, thereFore the petitioner pray that this Court to granted the petitioner motion For Extension of Time.

## CERTIFICATE OF SERVICE

I hereby Certify that I have served copy of the same Foregoing document upon the Following by placing it in the U.S. Mail, postage prepaid on this day 31 of March 2008

(Pro-se) Anthony L. Carey

Mr. Anthony L Carey #152763  H-112-A
Limestone Correction Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7006

HUNTSVILLE / HVS
AL 358 1 T
01 APR 2008 PM

OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Legal Mail

36101+0711