IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763 | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 2:06cv510-WHA |
| | ) |
| JAMES DELOACH, WARDEN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to file objections to the Recommendation of the Magistrate Judge filed by the petitioner on April 3, 2008 (Doc. No. 23), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be and is hereby GRANTED an extension from April 10, 2008, to and including April 25, 2008, to file his objections to the Recommendation entered on March 28, 2008.

Done this 3rd day of April, 2008.

    /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE