IN THE DISTRICT COURT OF THE UNITED STATE
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| ANTHONY L. CAREY, #152763 ) | 2008 APR -9 A 9: 11 |
| Petitioner, ) | |
| ) | DEBRA P. HACKETT, CLK |
| ) | U.S. DISTRICT COURT |
| ) | MIDDLE DISTRICT ALA: 2:06-cv-510-WHA |
| ) | |
| ) | (WO) |
| JAMES DELOCACH WAREN, et al., ) | |
| Respondents. ) | |

## OBJECTION TO
## THE MARISTRATE JUDGE REMMENDATIOIN

Come now, In the petitioner Motion For Reconsideration refer to the Judge Boyd Order the Respondent to answer to the Judge Order. Order the Respondents attach to their answer to Rule 5 also requires such portions of the transcript as they deem relevant. Additionally, Respondents should make specific reference to 28 U.S.C.§ 2244(d) (i) Respondent are advised that the answer should contain a procedural history from which the court can determine the applicability of 28 U.S.C. § 2244 (d).

In so doing, Respondents shall provide the court with copies of documents indicating the disposition of the in the sate appellate court, all state court appellate decisions, the docket sheet(s) indicating the dates of such decisions, and copies of briefs filed in state court, **Respondents are cautioned that if they fail to assert the timeline issue it may be waived.** *THIS THE ISSUE HERE, THE RESPONDENTS NEVER ANSWER THE JUDGE ORDER;* Well as Respondents shall also inform the court of **whether this is the first habeas petition filed by petitioner challenging the conviction which is the base the instant petition:** This is the issue here that the Respondents never

answer to this order, if the petition has filed a previous federal habeas application challenging the conviction \conduct underlying the present petition. Respondents shall provide the court with the disposition of such petition. Section 2254 (d) (i) of the AEDPA SIGNIFICANTLY "modifies the role of federal habeas courts in reviewing petition filed by state court prisoners." *Williams v. Taylor*, 529 U.S. 362 403 (2000) **If Respondents content, therefore, that his court is precluded from granting habeas relief because claim raise by Petition have bee properly adjudicated by the state courts in accordance with clearly established Supreme Court precedent, Respondents must identify to this court the Supreme Court authority or which the state Court relied in adjudicating Petitioner's claims and the decision of the court on each claim.**

Moreover, if Petition has not raised his federal claims in the state courts and has an available state court remedy wherein he may present such claims, Respondents shall identify the remedy available to Petitioner. This Court deems such action necessary as the law requires that an application for writ of habeas corpus filed by "a person in custody "

## FACTS

The fact of this case may be base on a telephone call for one Ann Langford accusing the petition of talking to some people in a car on side on the road. Petition Exhibit (A) DISCIPLINARY REPORT FOR VIOLATION RULE #56 THAT WAS INCORRECT AND DISMISSED BY THE HERAING OFFICER: HOWEVER WARDEN FREE SIGN OFF ON THE DISCIPLINARY ANY WAY, PETITION DUE PROCESS WAS VIOLATED BY THE WARDEN. Moreover if a disciplinary has been voided or otherwise overturned as a result of a technicality of due process violation, but

where the behavior indicates the need for a more restrictive placement or custody classification and\or the Central Review BOARD MAY CLASSIFY THE OFFENDER AS DEEMED APPROPRIATE BASED UPON THE SPECIFIC ACT OF BEHAVIOR ITSELF . (See copies of §VI.C. of ADOC AR #403 attached hereto as (KR-80))
Petition constitution violation was violate, because the accuser Ann Langford was not at the disciplinary hearing. Therefore the petition never was given the opportunity to confront his accuser, that violated the Sixth Amendment the accuse have the right to confront his accuser. It is clear the official at the Castle Ranch actions here are arbitrary and capricious and completely outside scope of ADOC AR 3-403.

Due Process requite that a state disciplinary board's decision not be made arbitrarily or capriciously, but be base upon some evidence. THE EVIDENCE OF A TELEPHONE CALL......

ARGUMENT

The petition alleged in his original writ of habeas corpus that he was charge three (3) times for the same allege violation of possession of contraband by the same officer (CO).

The petition was first served with a behavior citation for violation of rule #85, institution violation. He petition move the Honorable Court to accepted and grant relief and juridical comity necessary herein as follows:

Action for juridical continuity, comity due to the complexity of interrelate claim(s) as a result of retaliation between the same Respondents of on going injustice that have kept the petition in prison.

The Respondents arise out the same transaction at(s), and inaction (s), though a complex series of Civil Rights and Constitution Violation Under Color of State Law, and there remain without a doubt: **LET'S NOT PUT THE HORSE BEFOR THE CART HERE...**

Disciplinary Report; Section (4) Circumstances of the violations are as follows: On March 16, 2005, at approximately 4:24, Officer received a call from Mrs. Ann Langford. This is where this case spit from a telephone call. See section (14) of the Disciplinary Report After hearing all testimony, the Hearing Officer make the following finding of fact: (Be Specific) The Hearing Officer finds that: On March 16, 2005, Officer Gray Bice received a call from Mrs. Ann Langford report the Carey was on side on the road talking to same people in a car. Officer Bice and Warden Free know that they could not write Carey up for talking to people in a car on side of the road.

Therefore Mrs. Ann Langford accuse Carey of unsatisfactory and disrespect, this was Carey first day back to work after being off work for a spider bit. Ann Langford false accuses Carey. The Affidavit of Mrs. Ovelia Johnson stated the fact of whom it was that Ann Langford accuse that Carey was talking to on side of the road. However the Court's ignore the affidavit of Mrs. Johnson well as the petition affidavit as never acknowledge.

The issue here is clear Due Process, because the Respondents violated all of petition civil and constitution violation was violated. Under Administrative Regulation #403 and #414 IV The hearing should be held within ten (10) days. The petition was given only ten (10) to prepare for his defends: Without having accesses to a Law Library, because the Cattle Ranch doesn't have a Law Library.

It is clear that the Respondents action here are arbitrary and capricious and completely outside scope of ADOC AR #403. Due Process require that a state disciplinary board's decision not be made arbitrarily or capriciously, but be based upon some evidence. The evidence here is a telephone from Ann Langford: accuse Carey of talking to people in a car on side of the road. Superintendent v. Hill, 472 U.S 445, 105 S. Ct. 2768, 86 L. Ed. 2d. 356 (1985) Heidelburg v. State, 522 So. 2d. 337 (Ala. Cr. App. 1988)

Prisoner are protected by the Due Process and Equal Protected Clause of the Fourteenth Amendment Washington V. Lee, 263 F.Supp. 327 331 (M.D.) Ala. 1966) The Original Habeas Corpus for those in state custody speak of the district court Judge "ISSUING THE WRIT "AS THE OPERATIVE REMEDY SECTION 2255 PROVIDE THAT, if Judge finds the movant assertion to be meritorious, he shall discharge the prison of repentance him or grant a new trail or correct the sentence as may appear appropriate "This is possible because a motion under 2255" is a further step in the movant criminal and not a separate civil action, as appeals from the legislative history of section of 2 of S.20. 80th Congress in Title 28 U.S.C. as 2255.

Rule 5 also requires that Respondents attach to their answer such procedural of the transcript, as they deem relevant. The Respondents are advised that the answer should contain a procedural history from which the court determine applicability of 28 U.S.C.§ 2244 (d) **THIS IS THE ISSUE OF THIS CASE THAT WAS ORDER BY JUDGE BOYD: THE RESPONDENT ARE CAUTION THAT IF THEY FAIL TO ASSERT THE TIMELNESS ISSUE IT MAY BE WAIVED. RESPONDENTS SHAL ALSO INFORM HE COURT OF WHETHER THIS IS THE FIRST HABEAS PETITIONER CHALLENGING THE CONVICTION, WHICH IS THE BASIS FOR THE INSTANT PETITION.**

**Additionally to the argument:** **If the petition has filed a previous federal habeas application challenging the conviction/conduct underlying the present petition, Respondents shall provide the court with the disposition of such petition Section 2254 (d) (i) of the AEDPA significantly "modifies the role of federal habeas courts in reviewing petition filed by state prisoners.** "Williams v. Taylor, 529 U.S 362, 403 (2000). In sum,§2254 (d) (i) places new constraints on the power of a federal court to grant a state prisoner's application for habeas corpus relief with respect to those claim adjudicated on the merits in state court.. The Young court held the Eleventh Amendment does not prevent federal court from prospective injunctive relief to prevent a continuing violation of federal law by state official.

The Petitioner Motion For Reconsideration: One of the first thing that the petition mention to the court that he is not a professional lawer. Petition filed 28 U.S.C§ 2244 Doc # 9 Petition error because of the interpretation of the law, by sworn affidavit . But the petition thought it was about the disciplinary instead of his conviction. Warden Free step outside of his cloak, Warden Free knew that one of the disciplinary was dismissed. However Warden Free sign off on the disciplinary anyway.

Administative Regulation # 403 is a disciplinary has been voided or otherwise overturn as a result of technicality of due process violation, but where the behavior indicates the nee for a more restrictive placement or custody classification and/or the Central Review Board may classify the offender as deemed appropriate based upon the specific act or behavior itself.

The Magistrate Judge fail to address petition claim on it merits, however is it clear that pursuant to the procedure governing habeas corpus action, "[t]he obligatin to come forward with the state court record is squarely upon the Respondent,not upon the petition" Bundy v. Wainwright, 808 F. 2d. 1410, 1415, 11th Cir. (1987).

Carey is incarcerate for murder. Carey was sentence to 30 years. Carey have already served 19 years on a 30 years sentence. Summary of Procedures Regarding the Policy of Alabama Adminstrtive Regulation # 403 and Alabama Board of Pardon and Paroles. have set the guile line is 1/3 or (10) ten years. Carey put his record up against any other inmate record, the habitual/repeat offender and those who are serving life sentence. In prisoner's that have done worst crime the petition have been grant a parole. the petition understand that parole is a privilege. Therefore the petition should enjoyed the same privilege as another prisoner's.

Carey is a first time offender. Carey has no parole record, no escape, no detainer warrant record Carey has no currently parole record. But Carey has been denied parole four times 90 precent of the parole decision is base on ADOC.

The Petition request the Honorable Court to review Carey Record before his incarcaration: High School Graduate, Register Voter, Marine Corps Reserve for (7) years, Honorable Discharge, worked the same job for 10 1/2 years.

II

Whether the district Court erred denying petition without addressing the merits of the Case. Magiglstrate Moore fail to address the merits of petition Claim: Chouterau v. Parker 2 Minn. 118. 121, Carey never though that he would be in prison long as he have been, because of the result of on going retaliation over the years. By DOC officials that the petition will breifly mention: In 1998 Carey was at Work Release, Carey recieve a behavior citation for having two (2) pillow. Carey told the officer that he did not no that it was a violation. If a correction officer chose to write up a inmate, there is nothing the inmate can do. Let the record show that Carey never tested positive for any substance abuse. Carey dont drink or use drags, how can a person test positive for alcohol when the person dont drink. Some DOC officer are know for excharge urine speciman with a inmate that has tested with a inmate tested negative. The inmate pay the officer $100.00. Because of that Carey force to take the 90 day Substance Abuse program, once Carey completed the program Carey was suppose to go back to Work Release. Carey Classificate officer, reclass Carey according to Administative Regalation #403 State: A Work Release inmate is not to be reclass after the inmate have completed SAP that inmate is to return to Work Release: That was over ten year ago, because of there action Carey is still in prison. In 2000 Carey was tranfered to the Cattle Ranch, all it was a like of communication with Ann Langford, If she only would have asked me, who was those people that you was talking at the post office ... The post office is on side of the road. But instead of her asking me, she Call officer Bice. To clearify this matter (See CR-12) Affidavit of Ms. Ovetta Johnson; The Court's ignore the affidavit of Mrs. Ovetta Johnson well as the petition affidavit. The issue of this case is not possession of contaband, Kenneth Smith recieved a Carey have made mention, that Kenneth Smith recieved a behavior citation for violated the same rule #85 Smith was granted parole. Because of the fact, Smith citation was kept in house, it was sent to Central Record therefore the parole Board have on knowlease of the citation.

According to Administrative Regulation #403 State: If any inmate be caught with any mony, that inmate will receive a disciplinary; Why then Kennedy Smith recieve a dissciplinary This is my liberty of intest, that both inmate's was charge with the same change, But one of the inmates is out of prison and the other is still in prison. Given v. ADOC, 381 F. 3d (11th Cir), Sandin v. Conner, 515 U.S. at (484) Provide the element of Due process Wolff v. McDonnell, Carey Equal protection Rights was not enforce, that is guarantee under the Fourteenth Amendment The Courts never enforce Carey's Constitution Rights will as Carey Civil Rights. Mooney v. Holohan, 79 L. Ed 791 For this court equally with the Constitution are obligation to guard and enforce every right secured by the Federal Constitution. The Respondant(s) have violate all of the petition Constitution Rights by over Steping there authocity and response, draw negative inferences in the language of Sandin v. Conner, that has cause Carey a great deal of suffering prison Is it okay for Alabama Department of Correction to charge prsoner's family outragous telephone rates. taking the advantage of poor people. My wife phone bill would be $300.00 a month. I have one question for Warden Free, did he authorize for some inmate to have phone call? However that is not the real issue here, the question at hand. [S]Judge (Order) Doc # 4 of page 3 of 7 Respondents shall also inform the Court of whether this is the first hebeas petition file by petition challenging the conviction which is the basis for the instant petition; Respondant never respond/answer to the Judge Order, the petition request the Court to have the Respondant to answer the order Respondent shall also inform the Court of whether this is the first hebeas petition file by petition Challenging the conviction

Petitioner Exhibit (A) Subpoena Warden Free for copies of Kennedy Smith Behavior Citation and copies of Ann Lang Ford Affidavit. Warden Free never respond to the subpoena that was order by the Court. What a phone call will do, what the person dont know what they are talking about. On the other seeing thing that look surreptitous, because you dont known what you are really seeing (CR-12)

## CONCLUSION

The Facts is clear that the Respondant never respond to the Judge order of Doc#4 The truful of the matter is the Respondant(s) know that it was the first time that the petition had file habeas challenging his conviction. The Respondant is obligation to come forward with the state cout record is squarely upon the Respondant. Respondant are advised that the answer should contain a procedural history from which the court can determine the applicability of 28 U.S.C § 2244 (d) The petition mention that he is not a professinal law, but petition is guarantee equal protection under the Constitution. Petition do pray that the court will granted his motion & pray *anthony L Carey*

## Certificate of Service

I hereby cerify that I have served a copy of the foregoing to all parties, by placing the same in the U.S. mail postage prepaid and properly addressed this 5 day of April 2008

Respondant have copy of Exhibit (A)

*anthony carey*
Anthony Carey