IN THE CIRCUIT COURT OF
HALE COUNTY, ALABAMA

ANTHONY CARY,    )
                 )
    Petitioner,  )
                 )
vs.              )  CASE No. CV
                 )
STATE OF ALABAMA,)
                 )
    Respondents. )

## SUBPOENA DUCES TECUM

TO: GAY N. TINKER,
    Circuit Clerk
    P.O. BOX 99
    Greensboro, Alabama 36744
    624-4334

1. At the request of the Petitioner you are commanded by the Circuit Court of Hale County to produce and/or allow the Petitioner to inspect the following documents:

2. Copies of the following files and all the contents thereof in your possession or control, including any and all documents, notes, writings, statements, pleadings of any kind contained in said file that relate in any way to the Civil Action pending against you in the Hale County Circuit Court in the above-entitled cause.

3. Herein fail not under penalty of Contempt of Court.

| Pro se Petitioner Ordering Subpoena |
|---|
| Anthony Cary |
| P.O. Box 1107 |
| Elmore, AL 36025 |

**FILED**
THIS SUBPOENA ISSUED BY CLERK AS
ORDERED: MAR 3 1 2006, 2005
By_____
    Clerk GAY NELL TINKER, CLERK
          HALE COUNTY, ALABAMA

(Clerk's Note to Witness: Questions concerning this subpoena should be directed to named Petitioner.)

CC Copy                                Exhibit (A)

*Handwritten note:* Dear Anthony: 4/17/06 This case was transferred to Elmore County. I forward this to the Circuit Clerk's office. May God Bless You.

TO: ANY SHERIFF OF ALABAMA OR ANY PERSON AUTHORIZE A.R.P, 45-C:

(1) EXECUTER (personally)     (2) EXECUTED (at address)    (3) "WITNESS NOT FOUND"
Date 3/31 ,20 06              Date 3/31 ,20 06              Date_____ 20___
Copy handed to witness:       Copy handed to
Warden George Free            Name George Free              (4) "Subopena recalled"
                              State Cattle Ranch            Date_____,20___
                              1132 County Rd 73             By_____
                              Greensboro Al

Signature of process server:                                 (Hale)
/s/_____  (Title)_____  (County ~~Jefferson~~-or-_____)

The petitioner is subpoena copy of the Behavior Citation of Inmate Kennedy Smith. The Affidavit of Mrs. Ann Langford copy.

Mr Anthony [illegible] #152763 H-U2-A
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

USA FIRST-CLASS FOREVER
USA FIRST-CLASS FOREVER

HUNTSVILLE AL 358
2008
7 APR

HUNTSVILLE AL 358
2008
7 APR

Office of the CLERK
United State District Court
P.O. Box 711
Montgomery Alabama
36101-0711