IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 2:06cv510-WHA |
| JAMES DELOACH, WARDEN, *et al.*, | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of Petitioner's pleading styled as a "Motion for Recognize"(Doc. No. 20; Jan. 25, 2008), and as on March 28, 2008, this court entered a Recommendation that the petition for writ of habeas corpus be denied, it is

ORDERED that Petitioner's "Motion for Recognize" (Doc. No. 20) be and hereby is DENIED as moot.

Done this 11th day of April, 2008.

          /s/Terry F. Moorer
          TERRY F. MOORER
          UNITED STATES MAGISTRATE JUDGE