IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY ) | |
| ) | |
| Petition, ) | |
| ) | |
| ) | |
| ) | |
| V. ) | CIVIL ACTION NO: 206-CV-WHA |
| ) | (WO) |
| JAMES DELOCACH, WARDEN el at,. ) | 2:06 CV510-WHA |
| ) | |
| Respondents. ) | |

## OPOSTION TO FINAL JUDGMENT

**COME NOW,** Anthony L. Carey (hereinafter) "CAREY" Appeal to this Honorable Court to pursuit and enforce the petition constitution right that is guarantee under the United states constitution. On April 14, 2008 this court denial petition objection. Lets be clear and fair here: Was it not the Court/ Judge that rise the question of whether this is the First habeas filed by the petitioner challenging the conviction.

This is the issue here, however the Respondent ignore the Order of the Court/Judge. That pursuant of the procedure governing habeas action: Whether this is the first habeas filed by the petition, the conviction in the issue here a criminal matter and not a civil issue. Yes the Respondent reply On July19, 2006, but in according with the Order of the conviction.

Therefore how can the court rule in favor of the Respondents, when the Respondent fail to comply to the Order of the Court Challenging the conviction of the petition. The Respondent violated State and Federal Violation, because the Court /Judge deteemine whether this is the first habeas filed by the petition challenging the conviction: The Order is clear and established by the Court

28 U.S.C § 2244 is a criminal issue the Respondent act outside of scope of there authority that is a act of wrongful acts. The Respondent had knowledge of the Order that challenging the petition conviction, that this is a criminal issue and not a civil issue. How can the petition filed a proper information that the Respondent have in there possession the evidence of the trail court sentence plus post-conviction.

## FACTS

The facts of this case are very clear, the Respondent fail in comply to the Order of the Court that challenging the petition conviction:

1. The Judge Order, whether this is the first habeas filed by the petitioner challenging the conviction
2. Respondent shall identify the remedy available to petition concern the petition conviction.
3. Respondent should comply with the provisions of Rule 5 of the governing §225 case in the district courts which requires, in pertinent part, that the answer ... indicate what transcripts (of pretrial, trial sentence and post-conviction proceeding) all criminal issue.
4. Petition did not received any information from the Respondent concern the petition conviction.
5. It is not the responsibility of the petition the notify the Respondent of there action of violated the Court (ORDER) Whether this is the first habeas filed by the petitioner challenging the conviction
6. Respondent was advised the answer should contain a procedural history from which the court can determain the applicability of 28 U.S.C. §2244
7. Respondent shall provide the court with copies of documents indicating the disposition of the case in the state appellate decisions , the docket sheet(s) indicting the dates of such decisions and copies of the briefs filed in the state court.
8. Respondents shall identify the remedy available to petition, the he may present a claim. How can petition filed a criminal claim when the State/Respondents have all the transcripts of pretrial, trail sentence and post-conviction
9. Bundy v. Wainwright , 808 F. 2d. 1410, 1415 (11th Cir. 1987) It is the responsibility of the Respondent is obligated of come forward with the State Court Record is squarely upon the Respondents, not upon the petition
10. The petition request the Court to "*take judicial notice*" of the Respondents violated the court ORDER, that petition constitution rights be enforce and secured under the United States Contitution.

## STATEMENT OF FACTS

The fact in this case are very simply, whether this is the first habeas filed by the petitioner challenging the conviction. Now lets be clear, the Court/Judge rise the issue of whether this is the first habeas filed by the petitioner challenging the conviction... Those are the facts concern this case, that the petition a 28 U.S.C.§ 2244 WHICH IS A CRIMINAL ISSUE FEDERAL CRIMINAL PRROCEDURE.

2254 "modifies the role of federal habeas court in reviewing petition filed by state prisoner," *Williams v. Taylor,* 529 U.S. 362, 403 (2000). The Respondent reply was incorrectly and had nothing in regarding the petition conviction

The Respondent denial petition access from the information the is there possession, that is unconstitutional to hold the document concern the petition conviction. When the court has order the Respondent to provide the petition with all of the document concern his conviction.

The first step "is to determine whether the conviction issue was clear and plain meaning with regard to this case" *Robinson v. Shell Oil Co..,* 519 U.S. 337, 340, L. Ed. 2d 808. 117 S.Ct. 843 (1997). "The plainness or ambiguity of statutory language is determined by reference to the language itself, the specific context in which that language is used, and the broader context of the statute as a whole." *Id. At 341.*

That is very clear in it meaning of whether this is the first habeas filed by the petition challenging the conviction...Just how can the petition challenge his conviction, when the State/Respondent(s) withholding the information in there possession.

The Fifth, Fourteen Amendment was not protected by the Court, under the DUE PROCESS CLAUSE AND EQUAL PROTECTION CLAUSE HAVE NOT BEEN ENFORCE. How can the Court rule in the favor of the Respondents, when the Respondent violated the ORDER of the Court by not addressing the true respond to the question at hand. Whether this is the first habeas filed by the petitioner challenging the conviction *Ayers v. Ryan,* 152 F. 3d. 77. In equal protection petition has prove that the court fail to security and safeguard his constitution rights

Violation of a right secured by the constitution and law of the United States 42 U.S.C. § 1983. *Nesson v. Sonama County JrCollege,*Dist. 4 F. Supp2D. 893

The Court denial the petition objection, but give favor to the Respondent when they have violated the Court order and the petition constitution rights *Smith v. Siegelman,*322 F.3d. 1290, 1294 (11th Cir. 2003)(quoting *Chesser v.Sparks,* 248 F. 3d 1117, 1121 (11 Cir.(2000)

## ARGUMENT

Petition requested the Court *"take judicial notice"* of the continue violation of the Respondent(s), that the Respondent did not comply to the order o f the court whether this is the first habeas filed by the petition challenging the conviction

Is it not the Court responsibility to enforce their authority of law to be enforce, the court fail to enforce there authority to determine the Respondent to respond to the property order that regarding the petition conviction.

The true is the Respondent had knowledge of the facts whether this is the first habeas filed by the petitioner challenging the conviction: Respondent shall inform the court whether this is the first habeas filed by the petition challenging the conviction which is the basis for the instant petition.

See Anthony Lorenzo Carey v. State : Court of Criminal Appeals of Alabama 560 So.2d. 1103, 1989 No.6 Div 36 November 17, 1989 filed., Rehearing Denied December 29, Certiorari Denied March 23, 1990 ; The Respondent fail to answer this question whether this the first habeas filed by the petitioner challenging the conviction. It has been made clear by the petition that this was the petition first habeas file by the petition

The Respondent has copies of this information but fail to present the information to the petition that was order by the court. *Mooney v. Holohan,* 79 L. Ed. 991 State; ' State Courts, equal ly with Federal Court are under an obligation to guard and enforce every right secured by the Federal Constitution. The petition is entitle to relief because of the fact in this case, and the Respondent fail the release the information the petition need. *Faulkner v. State,* 741 So. 2d. 466 469 (Ala. Crim. App, 19999 and Ex-parte *Boatwright,* 471 So. 2d.1257 (Ala. 1985) *Howard v. State,* 616 So.2d.398 (Ala. Cr. App. 1993)

Post-Conviction Relief: THE QUESTION REMAIN WHETHER THIS IS THE FIRST HABEAS FILED BY THE PETITIONER CHALLENGEING THE CONVICTION THE PETITION FOR WRIT OF HABEAS CORPUS IN A FEDERAL COURT , CHALLENGING THE CONSTITUTION VALIDITY OS A STATE CONRT CONVICTION SEE *Fay v. Noia,* 372 U.S 391, 83 S. Ct. 822, 9 L. Ed. .2d. 837 (1965)

Specifically claiming that petition rights to Due Process violated, because the petition was deprived of "The opportunity" to present evidence and argument to the claims of appealing that with a reasonable to controvert evidence the Respondent's faith present the petition with the opportunity to challenging his rights ...

Fountain v. State 842 So.2d. 719 (2001)

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

## CONCLUSION

Based on Doc#4 let it be made known that it was the Court/Judge that rise the question whether this is the First habes Filed by the petitioner Challenging the Conviction... This regarding a Criminal Issue. The Respondent know the differnce between Criminal Conviction and Civil Action The petition include specific Finding of Facts Regarding criminal conviction and civil Action! That the petition Constitution Rights was violation and not protected

Respectfully submitted this 18 day of April 2008 And do pray that motion be granted!

Anthony R. Carey
Petitioner (pro-se)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Foregoing upon all intersted parties named below by Placing the same in the U.S. Mail postage prepared and properly addressed

Done this 18 day of April 2008

Attorney General Office
11 South Union Street
Montgomery, Al 36130

Respectfully Submitted
Anthony R. Carey
(Pro-se)

Mr. Anthony L. Carey # 152763
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

HUNTSVILLE / HVS
AL 358 1 L
21 APR 2008 PM

This correspondence is forwarded from an Alabama State Prision. The contents have not been evaluated, and the Alabama Department of Corrections in not responsible for the substance or content of the enclosed communication.

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101

Legal Mail